390 A.2d 313

Reliance Insurance Company v. Liberati (et al., Appellant).

646

 Argued March 23, 1978.

David Freeman, for appellant; Jeanne Ward Ryan, for appellee, Reliance Insurance Company; No appearance entered nor brief submitted for appellee, Joseph Liberati.

Order affirmed.

HOFFMAN, J., dissented and would open judgment.

SPAETH, J., did not participate in the consideration or decision of this case.